UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re: Pamela Burford          Case No: 09-34274

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) on **July 7, 2010,** replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C.§ 1325(a);

**It is ORDERED that**:

(1)  the Plan as filed or modified is CONFIRMED.
(2)  Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
(3)  All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4)  Other provisions:
Pamela A. Burford, the debtor in this mater, has filed an Adversary Proceeding to Avoid the Deed of Trust originated by Aegis Funding Company and recorded on November 23, 2005 in the Chesterfield County Circuit Court in Book 6796 at Page 62. Wells Fargo/Wachovia has entered an appearance as the Assignee of the Note and has filed an Objection to the Confirmation of the plan as filed.

The Court ORDERS that the plan shall not in any way prejudice or modify the rights of Wells Fargo, Wachovia, Aegis, or American Servicing Corporation's rights as to the loan, property, or Adversary Proceeding. The language in the plan concerning Wells Fargo/ Wachovia; American Servicing Corporation; and Mortgage Loans Secured by Real Property Constituting the Debtor's Primary Residence contained in the plan in Section 5 and Section 11 shall be construed for the limited purpose of stating the debtor's intention to pursue avoidance of the lien.

The confirmation of this plan shall NOT be construed as a Final Order modifying the rights of the lien holder, Wells Fargo, Wachovia, Aegis, American Servicing Corp.

Dated: _____     _____
                                United States Bankruptcy Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/Carl M. Bates
Carl M. Bates, VSB#27815
Standing Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218-1819; (804)237-6800

NOTICE OF JUDGMENT OR ORDER
Entered on Docket_____

SEEN AND AGREED:

/s/ Pia J. North, Esquire
Pia J. North, Esquire, VSB # 29672
Counsel for Debtors
8014 Midlothian Tpke; #202
Richmond, VA 23235
Tel: (804) 323-3700
Fax: (804) 249-7898
northlaw@earthlink.net

SEED AND OBJECTED TO:

/s/ Jeffrey L. Marks, Esquire
Jeffrey L. Marks, Esquire
Kaufman & Canoles, P.C.
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
Tel: (757) 491.4045
Fax: (757) 491.4020
jlmarks@kaufcan.com

PARTIES TO RECEIVE COPIES:

Pamela Burford
5201 South Jessup Road
Chesterfield, VA 23832

Pia J. North, Esquire
Counsel for Debtors
8014 Midlothian Tpke; #202
Richmond, VA 23235

Jeffrey L. Marks, Esquire
Kaufman & Canoles, P.C.
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451